PROB 12B
(7/93)

# United States District Court
## for the
## Southern District of Georgia
## Waycross Division

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2006 OCT 31  P 4: 29

CLERK
SO. DIST. OF GA.

Name of Offender: **Robin D. Poole**                    Case Number: CR505-00003-001

Name of Sentencing Judicial Officer:    Honorable James E. Graham
                                        United States Magistrate Judge

Date of Original Sentence:      March 24, 2005

Original Offense:   Failure to furnish information to railroad retirement board

Original Sentence:  5 years probation; $58,281.22 restitution; $25 special assessment

Type of Supervision:            Probation

Date Supervision Commenced:     March 24, 2005

Assistant U.S. Attorney:        Frank J. Dimarino

Defense Attorney:               Bruce M. Walker

RECEIVED
BRUNSWICK
OCT 30 2006
By
U.S. PROBATION OFFICE
SOUTHERN GEORGIA

---

### PETITIONING THE COURT

[ ]   To extend the term of supervision for years, for a total term of years.
[X]   To modify the conditions of supervision as follows:

The defendant's monthly restitution installments of $250 shall be increased to $350 per month effective November 2006.

### CAUSE

Upon commencing supervision, Poole's income consisted solely of Social Security disability payments of $584 per month. On August 8, 2006, Poole was awarded a disabled surviving divorced spouse's annuity of $503 per month by the Railroad Retirement Board. Accordingly, Poole's ability to pay restitution has doubled, thereby, indicating that she can afford to pay at least $350 per month towards her restitution obligation. Additionally, she continues to reside with Jimmy Page who pays most of their household expenses. To date, Poole has paid $21,050.22 leaving an outstanding balance of $37,231.22.

Respectfully submitted,

by

David M. Paga
U.S. Probation Officer
Date: October 25, 2006

Reviewed by:

J. Barry Bargainnier
Supervisory U. S. Probation Officer

Prob 12B                Request for Modifying the Conditions or Term of Supervision

Re: Robin D. Poole
Case Number: CR505-00003-001
Page 2

THE COURT ORDERS:

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

                                                                                 _James E. Graham_
                                                                                  James E. Graham
                                                                                   United States Magistrate Judge

                                                                                  10-27-06
                                                                                  Date

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## Waycross Division

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

    The defendant's monthly restitution installments of $250 shall be increased to $350 per month effective November 2006.

Witness: _____  Signed: _____
David M. Paga                                      Robin D. Poole
U.S. Probation Officer

DATE: 10-25-06